UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK CARBERRY

    Plaintiff,

v.   Case No. 07-10892
    Hon. Sean F. Cox

TEXTRON PENSION PLAN, et al.

    Defendants.

_____

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On December 28, 2007, Magistrate Judge Donald A. Scheer submitted a Report and Recommendation **[Doc. 25]** recommending that the Court: (1) deny Plaintiff's Motion to Reverse the Plan Administrator's Decision; and, (2) grant Defendants' Motion to Affirm Pension Plan Administrator's Decision. Because the Court did not receive objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b); and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation. The Court, therefore: (1) **DENIES** Plaintiff's Motion to Reverse the Plan Administrator's Decision; (2) **GRANTS** Defendants' Motion to Affirm Pension Plan Administrator's Decision.

    **IT IS SO ORDERED.**

                      S/Sean F. Cox
                      Sean F. Cox
                      United States District Judge
Dated: February 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 19, 2008, by electronic and/or ordinary mail.

                      S/Jennifer Hernandez
                      Case Manager